UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
 -v-                                                   :    18-CR-528-5 (JMF)
:
ADRIENNE ROBERTS,                                      :            ORDER
:
                    Defendant.                         :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court just received the attached letter from Defendant.  Because judgment has been entered in this case and Defendant's letter pertains to the conditions of her confinement, not to her conviction, this Court does not have jurisdiction to address her concerns.  That said, the Court urges counsel for both sides to take steps to do so.  In particular, consistent with the Court's prior recommendation that Ms. Roberts be designated to a facility as close to New York City as possible, *see* ECF Nos. 284, 316, the Court urges the Government to contact the Bureau of Prisons to see if Ms. Roberts's designation can be changed to FCI Danbury and if she can be transferred there in the near future.

      SO ORDERED.

Dated: November 25, 2020
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge

Sept 20, 2020

Honorable Jesse Furman
United States District Court Judge
U.S. District Court
Southern District New York
40 Foley Square
New York, N.Y. 10007

    United States v/ Achiane Roberts 18-CR-528

Dear Judge Furman

First and foremost, I hope you and your love ones are well during these difficult times.

I am writing in regards to my recent situation at M.C.C. Apparently I was involved in a altercation with another inmate Sharon Halolet Reg no: 85973-054, both of us was written up. But for some reason Ms Halolet ticket dissappeared and also was erased out of the computor as well. So I was the only one placed in S.H.U Of course I was very upset about the matter and I asked question to unit team & staff members, no one seem to acknowledge what had happened nor was even concerned about it. From what I know it had to be a higher rank to do that. I seen D.H.O on July 8, 2020. The H[earing] Officer gave me 3 sanctions. With no S.H But for some reason M.C.C. would a[lso]
[n]ot acknowledge the Descipline Hea[ring]

I informed my unit Sargeant of my sanction and that no S.H.U. Status was given. They then inform me that they didn't receive it and was not aware of it, but the decision was put in the computer before D.H.O left the building cause I asked for a copy and was told it would be in the computer that same day. Then I was informed that an S.I.S. investigation was to be done and they had 90 days to do that. But before my hearing a Captain Avery told me that it didn't matter what D.H.O said cause I wasn't gonna come out of S.H.U until I was on my way to my next designated which is closed because of Covid-19. Well I've been in S.H.U. now for 88 days under Admendlation Detention when I use my remedy I keep getting shot down. So then they told me I was quarantine for 14 days before they can move me. Well I've been in that status now for 76 days in a room that smells like feetus & urine and I sleep with a mask on. I am not given showers and things I am suppose to have. I know that I was sentence to four years but in this hell hole they call M.C.C. seems like I was giving a death sentence. So this is my punishment I earned by reporting no heat, floods, mice, and an else I call about to inform the C.O. that me and the other female

I was told by staff I talk to much and I guess the last time I informed my lawyer about the covid 19 situation in here they decide to keep me locked down for good. So now staff are starting to question why am I still in this cell and is this legal what they are doing to me. Because right now my mentality even I question at times because I can't believe that MCC haven't answered my lawyer or my family about this. So my last result was to talk to psychology department which they was informed that I was in Administration Denteon because of my assault with another inmate I was suppose to be seperated from them. Which I found out was another excuse to keep me locked down in the inhuman cell. They claim all this but this same inmate wash my clothes everyday cook for me and bring me things to read. She keep asking staff why are they saying me and her can't be together because to one I ever asked her any question and she don't have a problem with me nor do I with her. So they have had me locked up like a animal for 88 days when they could have sent me to Danberry. If there is anything the courts can do to help me have a piece of mind and to feel safe again. I really wish you can talk to B.O.P. about sending me to Danberry PRISON

So since my destination is Tallahassee F.C.I- Female and they aren't accepting any inmates because of Covet-19 I would li to know if the courts could have me send to Danberry Federal Prison. I thought that I had freedom of speech. I was told by staff that I cause to much trouble by always calling Federal Offenders lawyers. Any help I could receive from the courts I would appreciate. I don't know if what is happening to me is legal. But Judge Furman if you could recommend a civil lawyer I would appreciate it or anything that could help me please!

Thank you

Adrienne Roberts 86411054

By the why all my legal calls have been on a regular phone because the unit Mgr Mr Reid claims staff is to busy to give me a legal call !!

NYM 1330.7
ATTACHMENT 1

# METROPOLITAN CORRECTIONAL CENTER, NEW YORK
## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

## INFORMAL RESOLUTION FORM (BP-8)

**NOTE TO INMATE:** With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-229(13) (old BP-9), you **MUST** attempt to informally resolve your complaint through your correctional counselor. Additionally, <u>in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner.</u> Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff. Briefly state **ONE** complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Correctional Counselor: **8/5/20  S.P.**

**INMATE'S COMMENTS:**

1. Complaint: On July 29, I requested a copy of my Administrative investigation which I was told by Mr. Reid that I couldn't have. But I've since been told I can have it. Because I would like to know what lead to me being in Administrative Detention and what kind of investigation was conducted.

2. Efforts made by you to informally resolve: I asked other staff about the situation and was informed that I could have a copy.

3. Names of staff you contacted/Date you contacted the staff: Officer Silver, Lt Doctor, Aw Edge

Date returned to Correctional Counselor: **8/6/20**

Columbus Rolack    86411054    8/
Inmate's Name      Register Number    Date

**CORRECTIONAL COUNSELOR'S COMMENTS:**
1. Efforts made to informally resolve and staff contacted:

Date informally resolved: _____    Counselor Signature: _____
Date BP-229(13) Issued: _____    Unit Manager: _____

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 20, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NEW YORK MCC

TO  : ADRIENNE ROBERTS, 86411-054
      NEW YORK MCC    UNT: B    QTR: B01-211L
      150 PARK ROW
      NEW YORK, NY 10007

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1041741-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED   : AUGUST 19, 2020
SUBJECT 1       : OTHER NON-MAIL COMMUNICATION
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : THE MATERIAL THAT YOU REQUEST IS NOT AVAILABLE TO
                  INMATES, PER POLICY.