LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574     E-MAIL: jacobbarclaymitchell@gmail.com

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

December 23, 2020

> Given that Defendant is detained in another District and the issue raised concerns the conditions of her confinement, the Court doubts that it has any authority to order the Bureau of Prisons to address the issue. That said, the Court certainly believes that the Bureau of Prisons should ensure that Defendant has dentures, if they are needed and appropriate, and requests that the Government contact the Bureau of Prisons to communicate the Court's view. The Clerk of Court is directed to terminate ECF No. 333.
>
> SO ORDERED.
> [signature]
> December 23, 2020

RE: **United States v. Adrienne Roberts**
    18-cr-528

Dear Judge Furman:

I write to request the Court's assistance in helping me secure medical treatment for Ms. Roberts. Ms. Roberts was arrested on December 12, 2018. She has been without her dentures since that day, despite repeated requests to BOP medical. She informs counsel she relies on her dentures to eat comfortably and as a necessity to eat certain kinds of foods. Two years have passed and Ms. Roberts is still complaining that she needs dentures and is suffering without them.

I have been trying to get the BOP to get Ms. Roberts the dentures she says she needs. To date, all of my many requests have not resulted in her receiving dentures. She still does not have dentures and is in great discomfort.

Given these circumstances I ask that the Court recommend the BOP provide her with ongoing and appropriate treatment and provide her with dentures.

Ms. Roberts is currently incarcerated at Waseca FCI in the North Central Region. Her Register Number is 86411-054.

Respectfully Submitted,
_____/S/_____
Jacob Mitchell